JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax
jf@careyandcareylaw.com

Attorneys for Defendant ALBERT KEJENG HU

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ALBERT KEJENG HU,  )<br>  )<br>   Defendant.  )<br>_____ ) | CASE NO.   CR 09-00487 RMW<br><br>STIPULATION OF THE PARTIES TO REQUEST THAT THE PRETRIAL CONFERENCE BE CONTINUED TO 5/10/12, FROM 5/03/12, & [] ORDER RE SAME.<br><br>Trial Date:   June 4, 2012<br>Time:         1:30 p.m.<br>Judge:        Hon. Ronald M. Whyte |

Plaintiff United States of America and Defendant Albert Hu, through their respective counsel, hereby enter into the following stipulation, to request that the Court continue the Pretrial Conference of this case, from May 3, 2012, at 2:00 p.m., to May 10, 2012, at 4:52 p.m.

Specifically, Defendant's counsel, Jerry Y. Fong, is requesting this continuance because a scheduling conflict has arisen, requiring him to be flying to the East Coast on May 3, 2012 (in order to appear in court in New York on May 4, 2012), the current date of the pretrial conference. Accordingly, the parties are jointly requesting that the Court continue the pretrial conference from May 3, 2012, at 2:00 p.m. to May 10, 2012, at 4:52 p.m. The trial date remains on June 4, 2012, at 1:30 p.m.

It is so stipulated.

DATED: April 10, 2012        /S/
                             by JERRY Y. FONG, Attorney for
                             Defendant ALBERT KEJENG HU


DATED: April 10, 2012        /S/
                             by JOSEPH FAZIOLI, Attorney for
                             Plaintiff UNITED STATES OF AMERICA


## ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the Pretrial Conference scheduled on May 3, 2012, at 2:00 p.m. shall be continued to May 10, 2012, at 4:52 p.m. It is so ordered.


DATED: "7 14 134            *Ronald M. Whyte*
                             JUDGE OF THE UNITED STATES
                             DISTRICT COURT