1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICES OF JERRY FONG
2  706 COWPER STREET;  SUITE 203
   PALO ALTO, CA  94301
3  650/322-6123
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorneys for Defendant ALBERT KEJENG HU

6

7                       UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,           )   CASE NO.   CR 09-00487 RMW
                                         )
12 |      Plaintiff,                     )   STIPULATION OF THE PARTIES TO
                                         )   REQUEST A CONTINUANCE OF
13 | vs.                                 )   THE SENTENCING HEARING &
                                         )   [] ORDER RE SAME.
14 | ALBERT KEJENG HU,                   )
                                         )
15 |      Defendant.                     )
                                         )
16 | _____   )

17

18
        Plaintiff United States of America and Defendant Albert Hu, through their respective
19
   counsel, hereby enter into the following stipulation, to request that the Court continue the
20
   sentencing hearing of this case, from September 10, 2012, to November 26, 2012, at 9:00
21
   a.m.
22
        Specifically, Defendant's counsel, Jerry Y. Fong, is requesting this continuance
23
   because he needs additional time to properly prepare for the sentencing hearing, particularly
24
   as to the calculation of the amount of loss, which will be a contested issue.  Mr. Hu and his
25
   counsel have been attempting to investigate certain issues relating to the loss calculation and
26
   will need the additional time.  Accordingly, the parties are jointly requesting that the Court
27
   continue the sentencing hearing  from September 10, 2012, to November 26, 2012, at 9:00
28

1  a.m.  The Probation Officer is aware of this proposal and does not object.

2  It is so stipulated.

5  DATED: August 28, 2012           /S/
                                    by JERRY Y. FONG, Attorney for
                                    Defendant ALBERT KEJENG HU

9  DATED: August 28, 2012           /S/
                                    by JOSEPH FAZIOLI/TIMOTHY LUCEY,
                                    Attorneys for Plaintiff UNITED STATES OF
                                    AMERICA

### ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the Sentencing Hearing scheduled on September 10, 2012, shall be continued to November 26, 2012, at 9:00 a.m. It is so ordered.

DATED: JDFG                         *Ronald M. Whyte*
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT