MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
TIMOTHY LUCEY (CABN 172332)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595/5054
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov
   timothy.lucey@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09 - 0487 RMW |
| Plaintiff, | **STIPULATION AND []** |
| | **ORDER TO CONTINUE** |
| v. | **RESTITUTION HEARING** |
| ALBERT KE-JUNG HU, | |
| Defendant. | |

WHEREAS, the defendant ALBERT KE-JUNG HU is scheduled to appear before this Court on Monday, April 15, 2013, for a hearing on restitution in the above-entitled action;

WHEREAS, the parties have learned that Mr. Hu is currently in transit to his designated BOP facility in Lompoc, California, such that he will be unavailable to attend and participate in the hearing on April 15, 2013;

WHEREAS, the parties are advised that it will take several weeks, at least, for the BOP, in coordination with the USMS, to arrange for Mr. Hu to return to the District so as to be present for the hearing on restitution;

WHEREAS, counsel have conferred and determined that the next available date on their

**STIPULATION AND [] ORDER**
 CR 09-00487 RMW

1 respective calendars, mindful of the transport timing issues referenced above, is Monday, June
2 10, 2013, at 9:00 a.m.;

WHEREAS, the parties have contacted this Court's deputy, who has confirmed that Monday, June 10, 2013, at 9:00 a.m., is an available and agreeable date for the Court's calendar;

WHEREAS, in light of the foregoing, the United States, the defendant, and the probation officer all jointly request that the restitution hearing in this matter be continued until June 10, 2013. The date of June 10, 2013 proposed by the parties is outside the ninety (90) day post-sentencing deadline for the determination of restitution put forward in 18 U.S.C. § 3664(d)(5). (The 90th day after sentencing would be April 16, 2013). However, both the Supreme Court and the Ninth Circuit have both ruled that the 90 day limit on the determination of victims losses in 18 U.S.C. § 3664(d)(5) is procedural rather than jurisdictional, that the time frame was established for the benefit of the potential victims, not the defendant, and that a district court judge has the power to impose a restitution award more than 90 days after sentencing. *See, e.g., Dolan v. United States*, 130 S.Ct. 2533 (2010); *United States v. Moreland*. 622 F.3d 1147, 1172 (9th Cir, 2010). Furthermore, the defendant is stipulating that a continuance beyond the 90 days deadline is appropriate and agrees not to raise any challenge to his restitution order based on that deadline.

THEREFORE, the parties jointly request and stipulate that the sentencing in this matter be continued until **Monday, June 10, 2013, at 9:00 a.m.**

**IT IS SO STIPULATED:**

DATED:___4/11/2013_____        _____/s/_____
                               JERRY FONG
                               Attorney for ALBERT KE-JUNG HU


DATED:___4/11/2013_____        _____/s/_____
                               TIMOTHY J. LUCEY
                               Assistant United States Attorney


**IT IS SO ORDERED.**

DATED:_____

**HON. RONALD M. WHYTE**
**United States District Judge**

**STIPULATION AND ] ORDER**
**CR 09-00487 RMW**                2