MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
TIMOTHY LUCEY (CABN 172332)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5081
   E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00487 RMW |
| Plaintiff, | STIPULATION AND ] ORDER CONTINUING RESTITUTION HEARING |
| v. | |
| ALBERT KE-JENG HU, | |
| Defendant. | |

This matter is scheduled before the Court for a final hearing for the determination of restitution on August 12, 2013. The parties now jointly request a one week continuance: (1) to allow the parties to review a recently received objection from one of the victims in this case challenging the amount of restitution he is owed; and (2) to accommodate an unexpected scheduling conflict on the part of counsel. Absent extraordinary and unexpected circumstances, the parties shall not request any additional continuances of the final restitution hearing beyond that requested in this stipulation.

In light of the above, rhe parties agree, and the Court finds and holds, as follows:

1.     The August 12, 2013 restitution hearing is continued to August 48, 2013 (or

//

1  August 26, 2013 if the Court is not available on the August 19, 2013 date).
2  IT IS SO STIPULATED
3  DATED:    8/1/13                    _____/s/_____
                                        JERRY FONG
4                                       Attorney for Defendant Hu

6  DATED:    7/31/13                   _____/s/_____
                                        JOSEPH FAZIOLI
7                                       Assistant United States Attorney

8  IT IS SO ORDERED.
9  DATED:    Ì Ð Ð H                   _____
                                        RONALD M. WHYTE
10                                      UNITED STATES DISTRICT JUDGE

-2-